JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0041-LAB |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ANGEL DURAN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about ~~November~~ December 6, 2007, within the Southern District of California, defendant ANGEL DURAN, did knowingly and intentionally import approximately 28.60 kilograms (62.92 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/3/08        .

                            KAREN P. HEWITT
                            United States Attorney

                            CAROLINE P. HAN
                            Assistant U.S. Attorney

CPH:rp:San Diego
12/19/07