AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANGEL DURAN

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 0041-LAB

I, __ANGEL DURAN__, the above named defendant, who is accused of committing the following offense:

   Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Jan. 3, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER